his counsel was ineffective by failing to request a change of venue before his guilty plea. An extended opinion would have no precedential value. The judgment of the motion court is affirmed. Rule 84.16(b).

■

**Wayne STUFFLEBEAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 71422.

Missouri Court of Appeals,
Eastern District,
Division One.

April 29, 1997.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Wayne Stufflebean appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief without a hearing. He alleges the court erred when it dismissed his motion without a hearing based on the escape rule because 1) the court lacked jurisdiction to execute sentence due to delay in executing the arrest warrant, and 2) dismissing the post-conviction motions amounted to double jeopardy. An extended opinion would

---

S.W.2d 385 (Mo.App. E.D.1996).

have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).